UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Rodney A. Morrell,  
Raynee Morrell,

Bankruptcy No. 15-30186

Chapter 7

Debtors.

_____/

# ORDER

On November 22, 2016, Creditor PYOD, LLC, Resurgent Capital Services LP, as servicer, filed an Application for Release of Unclaimed Funds [Doc 29], requesting unclaimed funds in the amount of $227.14. Movant served Notice of the Motion on the same day. The Court reviewed its records and documents and finds no unclaimed funds deposited owed to movant in this case. Documents in support of its analysis included:

1. On April 19, 2016, the Chapter 7 Trustee filed his Final Report [Doc 23] indicating a payout to PYOD, LLC, its successors and assigns as assignee of $9,461.37.

2. On June 21, 2106, the Chapter 7 Trustee filed Trustee's Report of Returned Funds and/or New Estate Funds and Supplemental Distribution [Doc 26] indicating a subsequent payment of $227.14 to PYOD, LLC.

3. On July 27, 2016, the Chapter 7 Trustee filed his Final Account and Distribution Report [Doc 27] indicating a total payment to PYOD, LLC, its successors and assigns as assignee of $9,688.51.

Therefore, **IT IS ORDERED** that Movant's Application for Release of Unclaimed Funds is **DENIED**.

Dated this 9th day of December, 2016.

/s/   SHON HASTINGS  
Shon Hastings, Judge  
United States Bankruptcy Court